# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

ARNITTA L. REDFIN,

      Plaintiff,

v.                                     Case No: 6:21-cv-2054-RBD-LRH

DIVERSIFIED ADJUSTMENT
SERVICE, INC.,

      Defendants.

## ORDER OF DISMISSAL

Before the Court is Plaintiff's Notice of Voluntary Dismissal with Prejudice (Doc. 5) filed January 11, 2022. No answer has been filed. Accordingly, it is

**ORDERED** that this case is hereby **DISMISSED** with prejudice. The Clerk is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on January 27, 2022.



ROY B. DALTON JR.
United States District Judge